# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA
v.
**DANIEL LIMON BASTIDAS**

**JUDGMENT IN A CRIMINAL CASE**

Case Number: **CR 18-4016-1**
USM Number: **17460-029**
**Pamela Wingert**
Defendant's Attorney

☐ **Revocation** of Probation
■ **Revocation** of Supervised Release
☐ **Modification** of Supervision Conditions

☐ **AMENDED REVOCATION JUDGMENT**
Date of Most Recent Judgment:

**THE DEFENDANT:**

☐ admitted guilt to violation(s) ______ of the term of supervision.

■ was found in violation of **as listed below** after not contesting.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | **New Law Violation** | **10/02/2026** |
| 2 | **Possession of a Controlled Substance** | **10/02/2026** |
| 3 | **Use of a Controlled Substance** | **10/02/2026** |
| 4 | **Use of Alcohol** | **10/02/2026** |
| 5 | **Communicate/Interact with Person Engaged in Criminal Activity** | **10/02/2026** |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant was not found in violation of ______ and is discharged as to such violation(s).
☐ The Court did not make a finding regarding violation(s) ______

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

**Leonard T. Strand**
**United States District Court**
Name and Title of Judge

Signature of Judge

**October 23, 2026**
Date of Imposition of Judgment

10/23/26
Date

DEFENDANT: **DANIEL LIMON BASTIDAS**
CASE NUMBER: **CR 18-4016-1**

## PROBATION

☐ The defendant's supervision is continued with the addition of special condition number(s):

## IMPRISONMENT

☐ No imprisonment is ordered as part of this modification.

■ The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **9 months. It is ordered that this term of imprisonment be served consecutively to any term of imprisonment that may be imposed in Dallas County, Iowa District Court, Case No. SRCR052612.**

■ The court makes the following recommendations to the Federal Bureau of Prisons:
**It is recommended that the defendant be designated to the Federal Medical Center (FMC) in Rochester, Minnesota, or a Bureau of Prisons facility in close proximity to the defendant's family which is commensurate with the defendant's security and custody classification needs.**

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant must surrender to the United States Marshal for this district:

☐ at ____________ ☐ a.m. ☐ p.m. on ____________ .

☐ as notified by the United States Marshal.

☐ The defendant must surrender for service of sentence at the institution designated by the Federal Bureau of Prisons:

☐ before 2 p.m. on ____________ .

☐ as notified by the United States Marshal.

☐ as notified by the United States Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ____________ to ____________

at ____________ with a certified copy of this judgment.

____________
UNITED STATES MARSHAL

By ____________
DEPUTY UNITED STATES MARSHAL

The defendant must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.



DEFENDANT: **DANIEL LIMON BASTIDAS**
CASE NUMBER: **CR 18-4016-1**

## SUPERVISED RELEASE

■ Upon release from imprisonment, no Term of Supervised Release is reimposed.